BEFORE: WILLIAM D. WALL     DATE: 3/13/08

UNITED STATES MAGISTRATE JUDGE     TIME: 10:30 AM

DOCKET NO.  CV 07-0430     ASSIGNED JUDGE: BIANCO

CASE NAME: CALLAN V. SECURITY DODGE, ET AL.

## CIVIL CONFERENCE

Initial __ Status __ Settlement __ Pretrial __ Other: ORAL ARGUMENT

APPEARANCES:  Plaintiff     NO APPEARANCE

Defendant     Jamie Felsen

Perry Heidecker

**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐ Referred to mediation by separate order.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X Other:   The plaintiff has failed to appear after having previously advised the court that she was unable to appear at the previously scheduled oral argument. Accordingly the defendant's motion to compel ( 26 ) dated January 31, 2008 is GRANTED. The plaintiff shall fully comply with all outstanding discovery no later than March 27, 2008. The court will conduct a further status conference on April 11, 2008 at 11:00 am**. The plaintiff is warned that should she fail to comply with her discovery obligations and/or fail to appear at the next conference this court will recommend that Judge Bianco dismiss the case. If he should do so that means that the plaintiff will be prevented from further pursuing her claims as to these defendants.**

                                        **SO ORDERED**

                                         **/s/William D. Wall**

**WILLIAM D. WALL**
**United States Magistrate Judge**